UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

STEVEN MATZURA
*and on behalf of all other persons similarly situated*,

                      Plaintiff,

     -against-

MILK BAR, INC.,

                      Defendant.
------------------------------------ x

ORDER

17 Civ. 5030 (GBD)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: FEB 27 2018]

GEORGE B. DANIELS, District Judge:

This Court having been advised by the parties that they have reached agreement on all issues in this matter, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

The conference scheduled for March 8, 2018, is adjourned *sine die*.

Dated: February 27, 2018
      New York, New York

                                                 SO ORDERED.

                                                 */s/ George B. Daniels*
                                                 GEORGE B. DANIELS
                                                 United States District Judge